**IT IS ORDERED as set forth below:**

Date: June 11, 2009

_____
**Robert E. Brizendine
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | * | CASE NO.: A03-62477-REB |
| | * | |
| REGINALD LEVON SPRATT | * | |
| AKA REGGIE SPRATT | * | CHAPTER: 13 |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| DEBTOR. | * | |

## ORDER ON MOTION FOR RELEAS OF FUNDS PAID INTO COURT'S REGISTRY

This matter is before the Court via the Debtor's "Motion for Release of Funds Paid into Court Registry" ("the Motion") which was filed in the above-styled Chapter 13 case on April 7, 2009.  The Motion requests that the $4069.99 overpayment to the Chapter 13 trustee that was paid into the Court's Registry because of an inability to locate the debtor be refunded to the Debtor..  A hearing was held on May 7, 2009, present were counsel for the Debtor and Counsel for the Chapter 13 trustee who had no opposition to the motion.  Based upon the foregoing, the record in this case, and good cause shown:

pw

**IT IS HEREBY ORDERED** that Debtor "Motion for Release of Funds paid into the Court Registry" is **GRANTED**; the funds shall be remitted to the debtor at his new address 4105-A Belerdere Square, Decatur, GA 30035.

## END OF DOCUMENT

Prepared by,  Consented to by,

/s/  /s/
Brian M. Shockley  Adam Goodman
GA Bar # 643752  Chapter 13 Trustee
Attorney for Debtor  Suite 200
Clark & Washington, P.C.  260 Peachtree St
3300 Northeast Expressway  Atlanta, GA 30303
Building 3, Suite A
Atlanta, GA 30341
(404) 522-2222

## DISTRIBUTION LIST

CLARK & WASHINGTON, P.C.
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA 30341
(404) 522-2222

Chapter 13 Trustee
Suite 200
260 Peachtree St
Atlanta, GA 30303

Reginald Spratt
4105-A Belerdere Square
Decatur, GA 30035

pw